Ross A. **FIORANI, Jr.,** Plaintiff–
Appellant,

v.

**NAVY FEDERAL CREDIT UNION;
Fairfax County Police, Law–Enforcement Agency; Feigleson, a Fairfax County Police Officer, Defendants–Appellees,**

**and**

**Robert Berger, Senior Vice–President of Navy Federal; Karen Compher, Senior manager at Navy Federal; John Steiner, Manager of Navy Federal; Kim Lilly, Manager at Navy Federal; SIA, a Company; Thema Scott, Tow–Truck Driver, Defendants.**

No. 15–1387.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 24, 2015.

Ross A. Fiorani, Jr., Appellant Pro Se. Mark Bierbower, Hunton & Williams, LLP, Washington, DC; Thomas R. Waskom, Hunton & Williams, LLP, Richmond, Virginia; Ann Gouldin Killalea, Assistant County Attorney, David P. Bobzien, Fairfax County Attorney's Office, Fairfax, Virginia, for Appellees.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ross A. Fiorani, Jr., appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Fiorani v. Navy Fed. Credit Union,* No. 1:15–cv–00291–LO–TCB (E.D.Va. Apr. 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*